UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHEEBA B. ORIKO,<br><br>    Plaintiff,<br><br>    v.<br><br>STARBUCKS CORPORATION, a Washington corporation; and HEATHER SCHMIDT,<br><br>    Defendant. | Case No. C07-5230 FDB<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO REMOVE ATTORNEY AND PROCEED PRO SE, AND GRANTING EXTENSION OF DISCOVERY CUTOFF |

This matter comes before the Court on Plaintiff's motion to remove her counsel and to proceed *pro se* and for an extension of the date of discovery cut off. The Court having considered Plaintiff's Motion to Remove Attorney of Record, the Declaration of Sheeba B. Oriko in Support of Motion to Remove Attorney of Record, the Declaration of George T. Hunter in Support of Motion to Withdrawal, Plaintiff's Motion to Extend Time for Discovery, Declaration of Sheeba B. Oriko in Support of Motion to Extend Time for Discovery, and Defendants' Opposition to Counsel's Motion to Withdraw, it is hereby

ORDERED:

ORDER - 1

(1) Plaintiff's Motion to Remove Attorney of Record [Dkt. # 40] is **GRANTED.** Plaintiff is proceeding *pro se*.

(2) Plaintiff's Motion to Extend Time for Discovery [Dkt. # 41] is **GRANTED**. Discovery shall be completed no later than June 5, 2008.

(3) Any further consideration of requests for an extension of time will warrant the consideration of the imposition of sanctions, monetary or otherwise.

DATED this 5th day of May, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2