UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHEEBA B. ORIKO,

    Plaintiff,

v.

STARBUCKS CORPORATION, a Washington corporation; and HEATHER SCHMIDT,

    Defendants.

Case No. C07-5230FDB

ORDER AMENDING SCHEDULING ORDER

On May 5, 2008, an extension of the discovery cut-off date to June 5, 2008 was granted on Plaintiff's motion. Having reviewed the scheduling order as it currently stands, the deadline for motions occurs on May 27, 2008 before the new discovery cut-off date, and the mediation report deadline of May 15, 2008 has already passed. Accordingly, these deadlines will be reset as follows in order that the parties may have the advantage of having engaged in discovery:

Mediation compliance letter is due **May 30, 2008**;

Motions, including dispositive motions, shall be filed by: **June 13, 2008.**

**SO ORDERED**.

DATED this 16th day of May, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1