THE HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHEEBA B. ORIKO,<br><br>        Plaintiff,<br><br>v.<br><br>STARBUCKS CORPORATION, a Washington corporation; and HEATHER SCHMIDT,<br><br>        Defendants. | No. C07-5230 FDB<br><br>DECLARATION OF KARI ESCOBEDO IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

I, Kari Escobedo, declare and state as follows:

1. I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters contained in this declaration.

2. I am currently employed at Starbucks as a Director of Information Management Services. I held this position as well during the period from June 2005 through April 2006.

3. I met Sheeba B. Oriko at the end of 2005 after she was assigned to the SSC Displacement Project and the Management Security Service Project (MSSP). I served as a business sponsor for both Projects. In this role, I had periodic, but regular contact with Ms. Oriko. At the start of our work together, I had positive interactions with Ms. Oriko. Issues with her performance began to emerge, however, soon after she came aboard.

DECL. OF KARI ESCOBEDO IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT (NO. C07-5230 FDB) – 1
18177-0180/LEGAL14311186.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

4.   I found Ms. Oriko to be argumentative, disruptive, non-collaborative, non-teaming, defensive, and even hostile in her interactions with me and other customers. This approach, needless to say, was disruptive and nonproductive. In addition, I soon found that myself and others were doing most of *her* work. I eventually brought Ms. Oriko's performance issues to the attention of my direct supervisor, Elizabeth King. Ms. King advised me to give the feedback to Ms. Oriko's supervisor, which I did. On January 26, 2006, I contacted Ms. Schmidt to report my concern about plaintiff's defensive and non-collaborative communication style, resistance to feedback, and her lack of engagement as demonstrated by her trying to do as little work as possible.

5.   In early February 2006, Ms. Oriko assumed responsibility for preparing a presentation and co-presenting on specified topics at a kick-off meeting of the SSC Displacement Project, a critical meeting that was scheduled for February 9, 2006. Several days before the meeting, a project sponsor, Lisa Fryc, asked Ms. Oriko to provide a draft of the presentation. Ms. Oriko provided Ms. Fryc with a blank template. When Ms. Oriko failed to provide a complete draft after additional requests by Ms. Fryc, I alerted Ms. Oriko and her new supervisor, Mark Blair, that we were expecting Ms. Oriko to provide an actual draft of the presentation. A true and correct copy of my February 7, 2006 email to Ms. Oriko and Mr. Blair is attached as Exhibit A. I also advised Mr. Blair by separate email that Ms. Oriko appeared to be ignoring Ms. Fryc. A true and correct copy of my February 7, 2006 email to Mr. Blair is attached as Exhibit B.

6.   Because we had never received any draft from Ms. Oriko, Ms. Fryc and I were forced to prepare the presentation for Ms. Oriko (despite the fact that this was one of her responsibilities). Neither Ms. Fryc nor I received any response from plaintiff until 7:09 a.m. the following morning, on the day of the kick-off meeting, advising us that the presentation we had been forced to prepare looked "great" and that we should "go with it." A true and correct copy of my February 9, 2006, 1:03 a.m. email responding to Mr. Blair's email asking whether Ms. Fryc

DECL. OF KARI ESCOBEDO IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT (NO. C07-5230 FDB) – 2
18177-0180/LEGAL14311186.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

my February 9, 2006, 1:03 a.m. email responding to Mr. Blair's email asking whether Ms. Frye or I had ever heard from Ms. Oriko is attached as Exhibit C. A true and correct copy of Ms. Oriko's February 9, 2006, 7:09 a.m. email to Ms. Frye, Mr. Blair and me is attached as Exhibit D.

6. Ms. Oriko's performance grew worse over time. She continued to produce late and incomplete deliverables, arrive late to meetings, and approach important presentations without little preparation or care. My frustration continued to grow, as did the frustration of the Project team members who found themselves often working around Ms. Oriko to get their work done. The situation peaked when Ms. Oriko performed so poorly at a steering committee meeting that Ms. King walked out before the meeting was over. This was the last straw, and Ms. King and I insisted to Ms. Schmidt that Ms. Oriko be removed from our projects immediately.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED: June 11, 2008.

_____
KARI ESCOBEDO

DECL. OF KARI ESCOBEDO IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT (NO. C07-5230 FDB) – 3
18177-0180/LEGAL14311186.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

## CERTIFICATE OF SERVICE

On June 12, 2008, I caused to be served upon the party of record, at the address stated below, via the method of service indicated, a true and correct copy of:

**DECLARATION OF KARI ESCOBEDO IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

| | | |
|---|---|---|
| Ms. Sheeba Oriko | _X_ | Via hand delivery |
| 3901 SE 154th Ct. | ___ | Via U.S. Mail, 1st Class |
| Vancouver, WA  98683-5355 | ___ | Via Overnight Delivery |
| | ___ | Via Facsimile |
| Plaintiff *Pro Se* | _X_ | Via eFiling with CM/ECF |
| | _X_ | Via Electronic Mail (soriko98@gmail.com) |

I certify under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

DATED: June 12, 2008

*s/ Kevin J. Hamilton*
Kevin J. Hamilton, WSBA No. 15648
KHamilton@perkinscoie.com
Vickie L. Wallen, WSBA No. 20872
VWallen@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

Attorneys for Defendants
Starbucks Corporation and Heather Schmidt

DECL. OF KARI ESCOBEDO IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT (NO. C07-5230 FDB) – 4
18177-0180/LEGAL14311186.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

| | |
|---|---|
| **From:** | Lisa Fryc |
| **Sent:** | Tuesday, February 07, 2006 11:31 AM |
| **To:** | Sheeba Oriko; Mark Blair |
| **CC:** | Kari Escobedo |
| **Subject:** | RE: Agenda for the Kick off meeting |

Sheeba, Mark,

It is important that Kari and I have time to review this presentation at least a day ahead of the meeting.  I was expecting the draft last Friday and now we are less than 2 days away from the kickoff. We would really appreciate it if we could get the filled out draft presentation by the end of today so we can review it tomorrow and provide feedback.  Please let me know asap if this is not going to be possible.

Thanks, Lisa

-----Original Message-----
From: Lisa Fryc
Sent: Tuesday, February 07, 2006 11:04 AM
To: Sheeba Oriko
Cc: Mark Blair
Subject: RE: Agenda for the Kick off meeting


Sheeba,

This is blank.  I want to review the presentation when you have it filled out before the meeting.  When will that be?

Lisa

-----Original Message-----
From: Sheeba Oriko
Sent: Monday, February 06, 2006 2:32 PM
To: Lisa Fryc
Cc: Mark Blair
Subject: RE: Agenda for the Kick off meeting


Hi Lisa,


Here is the PowerPoint that you asked for. Keep in mind that this is a draft/Outline. Mark and I will be going over the presentation Wednesday afternoon.  You have slides 4 _5 if you want to provide content. Just be sure to get the content to me by Tuesday 5:00 pm so I can incorporate into the main slide on Wednesday.


Thanks Lisa .Let me know if you have questions/suggestions


Sheeba


Sheeba B. Oriko, Senior PM

Starbucks Coffee Company

IT Project Management Services

**Decl. of K. Escobedo-5**                          **EXHIBIT A**

**SBX00683**

(206) 318-7872 Desk | (206) 484-6778 Cell

<mailto:Soriko@starbucks.com> Soriko@starbucks.com


-----Original Message-----
From: Lisa Fryc
Sent: Monday, February 06, 2006 2:14 PM
To: Sheeba Oriko
Cc: Mark Blair
Subject: RE: Agenda for the Kick off meeting


thanks Sheeba, can you send me the draft of the presentation?  That is what I wanted to see.


-----Original Message-----
From: Sheeba Oriko
Sent: Monday, February 06, 2006 2:04 PM
To: Lisa Fryc
Cc: Mark Blair
Subject: Agenda for the Kick off meeting

Hi Lisa


Here is the agenda for the Kick off meeting. We use a standard process for a kick off meeting as outlined below.


* Introduction - Sheeba/Lisa

* Meeting purpose _expected outcome - Sheeba

* Review Business Objectives - Lisa/Kari  This should be 1 page summary slide

* Project Charter  - Lisa  this should be a summary and an in/out of scope slide

* Roles _Responsibilities - Sheeba/Lisa

* Team  Norms/Contact List - Sheeba

* Issues Escalation Process - Sheeba

* Communication Process - Sheeba

* Action Items - Sheeba

* Next Steps  - Sheeba

* Conclusion - Elizabeth/Kari


Would you like to summarize the objectives and charter?  Let me know


Sheeba


Decl. of K. Escobedo-6

SBX00684

Sheeba B. Oriko, Senior PM

Starbucks Coffee Company

IT Project Management Services

(206) 318-7872 Desk | (206) 484-6778 Cell

<mailto:Soriko@starbucks.com> Soriko@starbucks.com


-----Original Message-----
From: Lisa Fryc
Sent: Monday, February 06, 2006 8:56 AM
To: Sheeba Oriko
Subject: RE: SSC Displacement Solution Project (102979) Status update as of Feb 3rd


Sheeba,

Do you have a draft of the kickoff presentation for me to look at?

Thanks, Lisa


-----Original Message-----
From: Sheeba Oriko
Sent: Friday, February 03, 2006 4:45 PM
To: Elizabeth King; Kari Escobedo; Chris Schultz; James Snook; Doug Wales; Michael Hall; Jim Morgan; Norma Miller; Fred Blush; Bill Peterson; Phil Hummel; Todd House; Barbara Stanton; MaryLou Blakely; Kristen Hartwigsen; Van VanBenschoten; Jay Phillips; Randy Raisor; Beryl Martin
Cc: Lisa Fryc; Chris Rotell; Van VanBenschoten; Cheryl Clark; Chris Boyle; Chad Luckner; Penni Peotter; Sheeba Oriko; Mark Blair
Subject: RE: SSC Displacement Solution Project (102979) Status update as of Feb 3rd

Partners,

The SSC Displacement Solution Project (102979) progress update for the week ending Feb 3rd is as follows:


Summary

Our focus this week was on completing business requirements and in starting IT requirements solicitation. We have several solicitation sessions scheduled over the next few weeks and are planning a formal kick off on Thursday Feb 9th.


At this time, we have all subject matter experts on the business side assigned, all of the IT resources have also been allocated except End User Presentation and Windows Server resources. We plan to follow up early next week with the appropriate managers.


**Decl. of K. Escobedo-7**

SBX00685

Progress Update

*   Project Charter - Complete
*   Business resource assignment - Complete
*   Business requirements gathering - In Progress
*   Requirements Training for key resources - In progress
*   Project Plan - IN PROGRESS

Activities for Next Period

*   Project Kickoff
*   IT Resources Assigned
*   IT Requirements Kickoff
*   Business Requirements: confirmation of scope, assumptions and risk.
*   IT Requirements: Capacity _Capability - working sessions.

I can be reached at x8-7872 or by email should you have any questions on need clarification.

Thanks!

Sheeba


Sheeba B. Oriko, Senior PM

Starbucks Coffee Company

IT Project Management Services

(206) 318-7872 Desk | (206) 484-6778 Cell

<mailto:Soriko@starbucks.com> Soriko@starbucks.com

| | |
|---|---|
| From: | Mark Blair |
| Sent: | Tuesday, February 07, 2006 01:52 PM |
| To: | Kari Escobedo |
| Subject: | RE: Agenda for the Kick off meeting |
| Attachments: | image001.jpg |

Thanks for the note, Kari. I am documenting all of these kinds of issues.

I'll be interested in hearing your comments in the morning.

Mark Blair

IT-Project Management Services

Starbucks Support Center

206-318-7281

mark.blair@starbucks.com

Life isn't about finding yourself. Life is about creating yourself.

-----Original Message-----
From: Kari Escobedo
Sent: Tuesday, February 07, 2006 11:33 AM
To: Mark Blair
Subject: FW: Agenda for the Kick off meeting

FYI… this is the second time Lisa has asked Sheeba for the draft of the presentation and she keeps putting her off… we are anxious to review it before the kick-off meeting on Thursday… since at the core team meeting when we reviewed it she had not updated it since Malia created it back in early Jan… and you saw how out of date it was!

Lisa also mentioned that Sheeba's timeliness to meetings has not changed and she is consistently 10-20 min late to meetings

Anyway we can talk more tomorrow…

Thanks

Kari

Kari Escobedo

director, business systems

Information Management Services

**EXHIBIT B**

kari.escobedo@starbucks.com <mailto:kescobed@starbucks.com>

206-318-8329


-----Original Message-----
From: Lisa Fryc
Sent: Tuesday, February 07, 2006 11:05 AM
To: Kari Escobedo
Subject: FW: Agenda for the Kick off meeting


she is killing me. It's like pulling teeth!


-----Original Message-----
From: Lisa Fryc
Sent: Tuesday, February 07, 2006 11:04 AM
To: Sheeba Oriko
Cc: Mark Blair
Subject: RE: Agenda for the Kick off meeting

Sheeba,


This is blank.  I want to review the presentation when you have it filled out before the meeting.  When will that be?


Lisa


-----Original Message-----
From: Sheeba Oriko
Sent: Monday, February 06, 2006 2:32 PM
To: Lisa Fryc
Cc: Mark Blair
Subject: RE: Agenda for the Kick off meeting

Hi Lisa,


Here is the PowerPoint that you asked for. Keep in mind that this is a draft/Outline. Mark and I will be going over the presentation Wednesday afternoon.  You have slides 4 _5 if you want to provide content. Just be sure to get the content to me by Tuesday 5:00 pm so I can incorporate into the main slide on Wednesday.


Thanks Lisa .Let me know if you have questions/suggestions


Sheeba


Sheeba B. Oriko, Senior PM

Starbucks Coffee Company


Decl. of K. Escobedo-10

SBX00679

IT Project Management Services

(206) 318-7872 Desk | (206) 484-6778 Cell

<mailto:Soriko@starbucks.com> Soriko@starbucks.com


-----Original Message-----
From: Lisa Fryc
Sent: Monday, February 06, 2006 2:14 PM
To: Sheeba Oriko
Cc: Mark Blair
Subject: RE: Agenda for the Kick off meeting


thanks Sheeba, can you send me the draft of the presentation?  That is what I wanted to see.


-----Original Message-----
From: Sheeba Oriko
Sent: Monday, February 06, 2006 2:04 PM
To: Lisa Fryc
Cc: Mark Blair
Subject: Agenda for the Kick off meeting

Hi Lisa


Here is the agenda for the Kick off meeting. We use a standard process for a kick off meeting as outlined below.


*       Introduction - Sheeba/Lisa

*       Meeting purpose _expected outcome - Sheeba

*       Review Business Objectives - Lisa/Kari   This should be 1 page summary slide

*       Project Charter  - Lisa  this should be a summary and an in/out of scope slide

*       Roles _Responsibilities - Sheeba/Lisa

*       Team  Norms/Contact List - Sheeba

*       Issues Escalation Process - Sheeba

*       Communication Process - Sheeba

*       Action Items - Sheeba

*       Next Steps  - Sheeba

*       Conclusion - Elizabeth/Kari


Would you like to summarize the objectives and charter?  Let me know


Sheeba

Sheeba B. Oriko, Senior PM

Starbucks Coffee Company

IT Project Management Services

(206) 318-7872 Desk | (206) 484-6778 Cell

<mailto:Soriko@starbucks.com> Soriko@starbucks.com


-----Original Message-----
From: Lisa Fryc
Sent: Monday, February 06, 2006 8:56 AM
To: Sheeba Oriko
Subject: RE: SSC Displacement Solution Project (102979) Status update as of Feb 3rd


Sheeba,

Do you have a draft of the kickoff presentation for me to look at?

Thanks, Lisa


-----Original Message-----
From: Sheeba Oriko
Sent: Friday, February 03, 2006 4:45 PM
To: Elizabeth King; Kari Escobedo; Chris Schultz; James Snook; Doug Wales; Michael Hall; Jim Morgan; Norma Miller; Fred Blush; Bill Peterson; Phil Hummel; Todd House; Barbara Stanton; MaryLou Blakely; Kristen Hartwigsen; Van VanBenschoten; Jay Phillips; Randy Raisor; Beryl Martin
Cc: Lisa Fryc; Chris Rotell; Van VanBenschoten; Cheryl Clark; Chris Boyle; Chad Luckner; Penni Peotter; Sheeba Oriko; Mark Blair
Subject: RE: SSC Displacement Solution Project (102979) Status update as of Feb 3rd

Partners,

The SSC Displacement Solution Project (102979) progress update for the week ending Feb 3rd is as follows:


Summary

Our focus this week was on completing business requirements and in starting IT requirements solicitation. We have several solicitation sessions scheduled over the next few weeks and are planning a formal kick off on Thursday Feb 9th.


At this time, we have all subject matter experts on the business side assigned, all of the IT resources have also been allocated except End User Presentation and Windows Server resources. We plan to follow up early next week with the appropriate managers.

Progress Update

* Project Charter - Complete
* Business resource assignment - Complete
* Business requirements gathering - In Progress
* Requirements Training for key resources - In progress
* Project Plan - IN PROGRESS

Activities for Next Period

* Project Kickoff
* IT Resources Assigned
* IT Requirements Kickoff
* Business Requirements: confirmation of scope, assumptions and risk.
* IT Requirements: Capacity _Capability - working sessions.

I can be reached at x8-7872 or by email should you have any questions on need clarification.

Thanks!

Sheeba


Sheeba B. Oriko, Senior PM

Starbucks Coffee Company

IT Project Management Services

(206) 318-7872 Desk | (206) 484-6778 Cell

 <mailto:Soriko@starbucks.com> Soriko@starbucks.com

Decl. of K. Escobedo-13

SBX00682

| | |
|---|---|
| From: | Kari Escobedo |
| Sent: | Thursday, February 09, 2006 01:03 AM |
| To: | Mark Blair; Lisa Fryc |
| Subject: | RE: SSC Displacement Solution Kickoff - DRAFT Lisa.ppt |

de nada!

-----Original Message-----
From: Mark Blair
Sent: Wed 2/8/2006 5:02 PM
To: Kari Escobedo; Lisa Fryc
Cc:
Subject: RE: SSC Displacement Solution Kickoff - DRAFT Lisa.ppt


Thanks, all!


Mark Blair

IT-Project Management Services

Starbucks Support Center

206-318-7281

mark.blair@starbucks.com


Life isn't about finding yourself. Life is about creating yourself.


-----Original Message-----
From: Kari Escobedo
Sent: Wednesday, February 08, 2006 5:00 PM
To: Lisa Fryc; Mark Blair
Subject: RE: SSC Displacement Solution Kickoff - DRAFT Lisa.ppt


me either...

-----Original Message-----
From: Lisa Fryc
Sent: Wed 2/8/2006 4:52 PM
To: Mark Blair; Kari Escobedo
Cc:
Subject: RE: SSC Displacement Solution Kickoff - DRAFT Lisa.ppt

I have not.

-----Original Message-----
From: Mark Blair
Sent: Wednesday, February 08, 2006 4:49 PM
To: Kari Escobedo; Lisa Fryc
Subject: RE: SSC Displacement Solution Kickoff - DRAFT Lisa.ppt


Have either of you gotten a response from Sheeba on any of your notes today regarding reworking the presentation?

Decl. of K. Escobedo-14                     EXHIBIT C

Mark Blair
IT-Project Management Services
Starbucks Support Center
206-318-7281
mark.blair@starbucks.com

Life isn't about finding yourself. Life is about creating yourself.

-----Original Message-----
From: Kari Escobedo
Sent: Wednesday, February 08, 2006 4:39 PM
To: Lisa Fryc; Sheeba Oriko; Mark Blair
Subject: RE: SSC Displacement Solution Kickoff - DRAFT Lisa.ppt

This looks great Lisa...and thanks for splitting everything up too

  -----Original Message-----
From:    Lisa Fryc [mailto:lfryc@starbucks.com]
Sent:    Wed Feb 08 16:28:53 2006
To:      Sheeba Oriko; Mark Blair; Kari Escobedo
Subject:         SSC Displacement Solution Kickoff - DRAFT Lisa.ppt

Sheeba,

Here is the presentation for tomorrow's SSC Displacement Kickoff.  We have split the slides as follows -

Slides 1 thru 10 - presented by Lisa
Slides 11 and 12 - presented by Kari
Slides 13 thru 16 - presented by Sheeba

Please let Kari and I know if you have any concerns or questions about your slides.  I will bring copies for everyone.

Thanks, Lisa

1

Decl. of K. Escobedo-15

SBX00734

| | |
|---|---|
| From: | Sheeba Oriko |
| Sent: | Thursday, February 09, 2006 07:09 AM |
| To: | Lisa Fryc; Mark Blair; Kari Escobedo |
| Subject: | RE: SSC Displacement Solution Kickoff - DRAFT Lisa.ppt |

This looks good. I say we go with go it.

Sheeba

Sheeba B. Oriko, Senior PM

Starbucks Coffee Company

IT Project Management Services

(206) 318-7872 Desk | (206) 484-6778 Cell

<mailto:Soriko@starbucks.com> Soriko@starbucks.com


-----Original Message-----
From: Lisa Fryc
Sent: Wednesday, February 08, 2006 4:29 PM
To: Sheeba Oriko; Mark Blair; Kari Escobedo
Subject: SSC Displacement Solution Kickoff - DRAFT Lisa.ppt

Sheeba,

Here is the presentation for tomorrow's SSC Displacement Kickoff.  We have split the slides as follows -

Slides 1 thru 10 - presented by Lisa

Slides 11 and 12 - presented by Kari

Slides 13 thru 16 - presented by Sheeba

Please let Kari and I know if you have any concerns or questions about your slides.  I will bring copies for everyone.

Thanks, Lisa

**EXHIBIT D**

Decl. of K. Escobedo-16